IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MELODY MILLER,

       Petitioner,

v.

STATE OF FLORIDA,
DEPARTMENT OF
CORRECTIONS,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0417

Opinion filed September 23, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Melody Miller, pro se, Petitioner.

Jennifer Parker, General Counsel, and Sheron Wells, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

ROWE, MARSTILLER, and MAKAR, JJ., CONCUR.